United States District Court
Southern District of Texas
**ENTERED**
July 03, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B. GOODMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3195 |
| | § | |
| HEWLETT-PACKARD COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 18), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On June 14, 2017, Judge Palermo issued the Report and Recommendation on Defendant's Motion to Dismiss (Doc. No. 18), recommending that the Motion to Dismiss be denied. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Dismiss (Doc. No. 18) is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 30th day of June, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE