United States District Court
Southern District of Texas
**ENTERED**
August 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN, § § Plaintiff, § VS. § HEWLETT-PACKARD CO., § § Defendant. § | CIVIL ACTION NO. 4:16-CV-3195 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Motion for Summary Judgment, filed by the Defendant, Hewlett-Packard Co. (Doc. No. 45.) On July 16, 2018, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be granted. (Doc. No. 68.) The Plaintiff filed his objections on July 30, 2018. (Doc. No. 72.)

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which the Plaintiff objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **GRANTS** the Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16th day of August, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE